IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of:<br><br>GELENA DEARWOOD<br><br>Debtor(s) | In proceedings under<br>Chapter 7<br>Case No. 11-15664<br><br>Judge JACK B. SCHMETTERER |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 21, 2011, at the hour of 10:00 A.M., I shall appear before the Honorable Judge JACK B. SCHMETTERER, Room 682, of the McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
LAW OFFICES OF DAVID FREYDIN LTD, 4433 WEST TOUHY, SUITE 405, LINCOLNWOOD, IL 60712 - Counsel for Debtor
R SCOTT ALSTERDA, 3500 THREE FIRST NATIONAL PLAZA, CHICAGO, IL 60602 - Trustee
PATRICK S. LAYNG 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604 – U.S. Trustee
**and served upon the following parties by mail:**
GELENA DEARWOOD, 10 COURT OF LAGOON VIEW, NORTHBROOK, IL 60062 - Debtor

### Certification of Service

I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor's counsel via electronic through ECF on April 14, 2011, and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on April 14, 2011.

By: */s/ Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel - ARDC #06185808
Timothy R. Yueill - ARDC #6192172
Greg Elsnic - ARDC #6242847
Michelle R. Ratledge - ARDC #6281560
Lauren Lukoff - ARDC #6297069
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
AF

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In the matter of: | In proceedings under Chapter 7 |
|---|---|
| GELENA DEARWOOD | Case No. 11-15664 |
| | Judge JACK B. SCHMETTERER |
| Debtor(s) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting relief from the Automatic Stay in these proceedings, and in support thereof, states as follows:

1. That the Creditor claims a valid security interest in the property commonly known as 10 CT OF LAGOON VIEW, NORTHBROOK, IL 60062.

2. That said interest is based on a Note and Mortgage previously executed by the Debtor on September 8, 2005.

3. That the approximate total balance due this Creditor pursuant to said security interest as of April 2011 in excess of $398,569.04.

4. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing this Petition on April 12, 2011.

5. That the Debtor is in default in the performance of the terms and conditions of said Note and Mortgage and are contractually due for the August 2010 payment with a total default as of April 2011 in excess of $24,758.04.

6. That upon information and belief, no non-exempt equity exists in the real property at issue for the benefit of unsecured creditors.

7. That as a result of the above, this Creditor is entitled to relief from the Automatic Stay under 11 U.S.C. §362(d).

8. That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

*WHEREFORE*, this Creditor U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, and/or its assigns, requests this Honorable Court to enter an Order modifying the Automatic Stay pursuant to 11 U.S.C. §362(d) and for other such relief as this Court may deem fit.

Law Office of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for U.S. BANK NATIONAL ASSOCIATION

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Michelle R. Ratledge
Lauren Lukoff
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
AF